2:05cv884-T

AO 243
REV 6 82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District FOR THE MIDDLE DISTRICT OF ALABAMA |
|---|---|
| Name of Movant DERRICK LAKEITH BIBB | Prisoner No. 10613-002 | Docket No. 2:02CR00083-002 |
| Place of Confinement FEDERAL CORRECTIONAL INSTITUTION TALLADEGA, ALABAMA | |

(include name upon which convicted)

UNITED STATES OF AMERICA    v.    DERRICK LAKEITH BIBB

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

2. Date of judgment of conviction  OCTOBER 15, 2003

3. Length of sentence  97 months

4. Nature of offense involved (all counts)  Conspiracy to Distribute Marijuana (Count 1), Conspiracy to Launder Monetary Instruments (Count 2), Possession with intent to Distribute Marijuana (Count 3).

5. What was your plea? (Check one)
   (a) Not guilty    XX
   (b) Guilty        ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. Kind of trial: (Check one)
   (a) Jury         XX
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐  No XX

8. Did you appeal from the judgment of conviction?
   Yes XX  No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT__

   (b) Result __Affirmed__

   (c) Date of result __September 24, 2004__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court _____N/A_____

    (2) Nature of proceeding _____N/A_____

    (3) Grounds raised _____N/A_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☐

    (5) Result _____N/A_____

    (6) Date of result _____N/A_____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____N/A_____

    (2) Nature of proceeding _____N/A_____

    (3) Grounds raised _____N/A_____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) As to any third petition, application or motion, give the same information:

(1) Name of court _____ N/A _____

(2) Nature of proceeding _____ N/A _____

(3) Grounds raised _____ N/A _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ N/A _____

(6) Date of Result _____ N/A _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐    N/A
(3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____ N/A _____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: WHETHER COUNSEL WAS INEFFECTIVE FOR FAILING TO NOTE, OBJECT OR APPEAL THE DISTRICT COURT'S MISAPPLICATION OF THE GUIDELINES BY USE OF THE SENTENCING GUIDELINES IN EFFECT AT SENTENCING AS OPPOSED TO THE DATE OF THE OFFENSE WHERE EX POST FACTO CONSIDERATIONS ARISE?

Supporting FACTS (tell your story *briefly* without citing cases or law):

"SEE ATTACHED MEMORANDUM OF LAW"

B. Ground two: WHETHER COUNSEL WAS INEFFECTIVE IN FAILING TO FILE A TIMELY PETITION FOR WRIT OF CERTIORARI IN THE SUPREME COURT AFTER HAVING GIVEN MOVANT AFFIRMATIVE MISADVICE AS TO THE CORRECT FILING DATE?

Supporting FACTS (tell your story *briefly* without citing cases or law):

"SEE ATTACHED MEMORANDUM OF LAW"

C. Ground three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
    Ineffective Assistance of Counsel

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing __Barry Teague   -address unknown__

    (b) At arraignment and plea __same__

    (c) At trial __Maryanne Prince  - 631 South Perry Street - Montgomery, Alabama 36104__

    (d) At sentencing __Same__

(e) On appeal _____ Same _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes XX No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No XX

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____ N/A _____

    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐ No ☐      N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____ Not Applicable _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
_____ 9-13-05 _____
(date)

_____ Derrick Bell _____
Signature of Movant

(7)