EXHIBIT # 1

LETTER DATED NOVEMBER 10, 2004

# MARYANNE MELKO PRINCE
## *Attorney at Law*

631 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

November 10, 2004

PHONE: (334) 262-1006
FAX: (334) 269-5517
mmelko@knology.net

Derrick Bibb AIS 10613002
Federal Correctional Inst.
565 E. Renfroe Road
Talladega, AL 35160-9981

  Re: Derrick Bibb v. United States
     Appeal

Dear Derrick:

  Enclosed is a copy of the final order on your motion for a rehearing. As I expected the Court did not reverse itself. The point of asking for a rehearing though was to get it into a position where we could buy some extra time until the U.S. Supreme Court rules on the Blakely issues. As you may know oral argument was made in October so we are expecting a ruling any day now.

  You have 90 days from the date of entry of judgment (the mandate date) to file your petition with the U.S. Supreme Court. I have included a copy of that part of the Rules of the Court which show the information about the time for filing and the form of the petition. Pay attention to Rules 12 and 13.

  A ruling should come out prior to the 90 days expiring, but you must keep an eye out for the ruling. We are all expecting a favorable response from the Supreme Court on the sentencing guidelines issue, but do not be surprised if it is a very narrow ruling that may not apply to your particular circumstance.

  At this point in time, I do not believe the court will approve the continuation of my representation as your appointed counsel. If the ruling from the U.S. Supreme Court is favorable to you and within the 90 day time frame, you may be able to petition the Court to reappoint me or to appoint another attorney to represent you. Rule 12 tells you how to file *in forma pauperis*.

  I will be filing my notice of withdrawal, but please stay in touch in case you need further guidance should a favorable ruling come from the U.S. Supreme Court.

            Sincerely,

            Maryanne M. Prince

MMP:at
encl.