EXHIBIT # 2

LETTER DATED FEBRUARY 2, 2005

SUPREME COURT OF THE UNITED STATES

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 2, 2005

Ms. Maryanne M. Prince
631 South Perry Street
Montgomery, AL 36104

    Re:  Derrick LaKeith Bibb
           v. United States
           No. 04-8482

Dear Ms. Prince:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2005 and placed on the docket February 2, 2005 as No. 04-8482.

A form is enclosed for notifying opposing counsel that the case was docketed.

The petition for a writ of certiorari, sent January 31, 2005, was due January 24, 2005; therefore the petition was filed with a notation as to its untimeliness.

                                Sincerely,

                                **William K. Suter**, Clerk

                                by
                                Heather Trant
                                Case Analyst

Enclosures

RECEIVED FEB 07 2005