## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Civil Action No. 2:05-cv-884-T** |
| v. ) | **(CR NO. 2:02-cr-83-MHT)** |
| ) | |
| **DERRICK BIBB.** ) | |

### MOTION TO FILE AFFIDAVIT
### ONE DAY LATE

COMES NOW Maryanne M. Prince, and moves this Honorable Court for permission to file her notarized affidavit response in the above referenced case one day late and for cause states, that she has been out of state since last week on family business and was unable to return to Montgomery, Alabama in time for her to return to her office to have her affidavit notarized, then scanned in Adobe format for electronic filing. The affidavit is complete and only requires notarization, scanning and conversion to Adobe PDF format for filing and electronic filing which can all be completed the morning of October 12, 2005.

Respectfully submitted this 11th day of October, 2005.

_____
**MARYANNE M. PRINCE**
ASB-6515-E39M

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of October, 2005, served a copy of the foregoing upon the following, by Electronic Filing and also placing a copy of the same in the U.S. mail, postage prepaid and properly addressed to:

Todd Brown, Esq.
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Derrick LaKeith Bibb
REG 10613-002
PMB 1000 GAMMA B
Talledega, AL 35160

_____
**MARYANNE M. PRINCE**

**Address of Counsel:**

**631 S. Perry St.**
**Montgomery, AL 36104**
**334-262-1006**
**maprince@knology.net**