IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv884-T |
| | ) | |
| DERRICK LAKEITH BIBB | ) | |

**ORDER ON MOTION**

Upon consideration of the "*corrected motion for extension of time to file affidavit one day late*" filed on October 11, 2005, by attorney Maryanne M. Prince (Doc. 5), and for good cause, it is

**ORDERED** that this motion be and is hereby GRANTED. It is further

**ORDERED** that Ms. Prince be GRANTED an extension from October 11, 2005, to and including October 12, 2005, to file an affidavit addressing the claims of ineffective assistance of counsel presented against her in Derrick Lakeith Bibb's 28 U.S.C. § 2255 motion, in compliance with this court's order entered on September 20, 2005.

Done this 12th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE