IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv884-T |
| | ) | |
| DERRICK LAKEITH BIBB | | |

**ORDER ON MOTION**

Upon consideration of the "*motion to file affidavit one day late*" filed by attorney Maryanne M. Prince on October 11, 2005 (Doc. 4), and as on October 12, 2005, this court granted Ms. Melko's "*corrected motion for extension of time to file affidavit one day late*"(Doc. 5), it is

**ORDERED** that the "*motion to file affidavit one day late*" (Doc. 4) be and hereby is DENIED as moot.

Done this 12th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE