

04-8482                                                                      Page 1


        TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WEST DOCUMENT RETRIEVAL
             1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).


For Opinion See: 125 S.Ct. 1618

              This docket is current through 04/23/2005
        To retrieve an updated version of this docket, click UPDATE


Dockets - U.S. SUPREME COURT
Current Date:                10/18/2005
Database Last Updated:
Source:                      U.S. SUPREME COURT

                             CASE INFORMATION

Case Title:                  DERRICK LAKEITH BIBB v. UNITED STATES
Court:                       U.S. SUPREME COURT
Case Number:                 04-8482
Date Filed:                  02/02/2005
                             LOWER COURT: UNITED STATES COURT OF APPEALS FOR THE
                             ELEVENTH CIRCUIT; LOWER COURT CASE NUMBER: 03-15474;
                             LOWER COURT DECISION DATE: SEPTEMBER 24, 2004; REHEARING
                             DENIED: OCTOBER 26, 2004

                             PARTICIPANT INFORMATION


Name:                        DERRICK LAKEITH BIBB
Type:                        PETITIONER
Attorney:                    MARYANNE M. PRINCE
Attorney Address:            631 SOUTH PERRY STREET
                             MONTGOMERY, AL 36104
Attorney Phone:              (334) 262-1006




Name:                        UNITED STATES
Type:                        RESPONDENT
Attorney:                    PAUL D. CLEMENT
                             UNITED STATES DEPARTMENT OF JUSTICE ROOM 5614
Attorney Address:            950 PENNSYLVANIA AVENUE, N.W.
                             WASHINGTON, DC 20530-0001
Attorney Phone:              (202) 514-2217
Firm Name:                   ACTING SOLICITOR GENERAL



© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

                                                                    EXHIBIT 1

04-8482                                                                               Page 2

## DOCKET PROCEEDINGS

| Date: | Entry #: | Description: | Date Docketed: | Party: |
|---|---|---|---|---|

03/07/2005          **Docket Entry**: PETITION DENIED.

                    Order Document for Later Delivery

02/17/2005          **Docket Entry**: DISTRIBUTED FOR CONFERENCE
                    OF MARCH 4, 2005.

                    Order Document for Later Delivery

02/08/2005          **Docket Entry**: WAIVER OF RIGHT OF
                    RESPONDENT UNITED STATES TO RESPOND
                    FILED.

                    Order Document for Later Delivery

01/31/2005          **Docket Entry**: PETITION FOR A WRIT OF
                    CERTIORARI AND MOTION FOR LEAVE TO
                    PROCEED IN FORMA PAUPERIS FILED.
                    (RESPONSE DUE MARCH 4, 2005)

                    Order Document for Later Delivery

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WEST DOCUMENT RETRIEVAL
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).


END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.