IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv884-T |
| | ) | |
| DERRICK LAKEITH BIBB | ) | |

**O R D E R**

Upon review of the pleadings in this case, and for good cause, it is

**ORDERED** that on or before November 17, 2005, the United States shall file a supplemental response that addresses the movant's claim that his counsel was ineffective at the trial court level and/or on direct appeal for failing to argue that the trial court's use of the 2002 Sentencing Guidelines Manual, instead of the 1999 Sentencing Guidelines Manual, in calculating the movant's sentence violated the *ex post facto* clause of the United States Constitution.

In filing its response to this order, the government shall identify those records relevant to the issues referenced herein and should indicate what transcripts are available, whether these documents are a part of the record, and, if not, when they can be furnished. Additionally, the government shall attach to its response all portions of the trial record, sentencing transcript, and appellate documents that are relevant to a determination of the issues identified in this order.

Done this 3rd day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE