IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **DERRICK LAKEITH BIBB,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv884-MHT |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

It is ORDERED that petitioner Derrick Lakeith Bibb's motion for release (Doc. No. 15) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 12th day of March, 2007.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE