IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 28  A 9:57

| | |
|---|---|
| DERRICK LAKEITH BIBB )<br>    Defendant-Movant, )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>    Plaintiff-Respondent. ) | CASE NUMBER: 2:05cv884-MHT |

**REQUEST FOR CLARIFICATION OF COURT'S ORDER
DATED MARCH 12, 2007**

    Comes now, Derick Lakeith Bibb, the pro se Movant in the above styled named and numbered cause, and respectfully moves this Honorable Court for an order clarifying the Court's Order entered in the instant cause on March 12, 2007 with respect to Movant's pro se Motion of for Release Pending Resolution of his (Movant's) pro se Motion filed pursuant to 28 U.S.C. § 2255. As reasons for the present pro se Request, Movant states:

    1. On or about the 5th day of March, 2007 Movant ("Bibb") prepared and filed with this Court a Motion for Release pending this Court's resolution of his pro se § 2255 motion.which he could do under the law. See Pagan v. United States, 353 F.3d 1343 (11th Cir. 2003).

2. This Honorable Court, on March 12, 2007, entered an order first denying Bibb's pro se motion for release, but in the very same order, this Court also and further ordered that "this cause is referred back to the United States Magistrate Judge for further appropriate proceedings." Dkt. #16-1 (District Court's March 12, 2007 Order).

3. Because Bibb is presently acting in the instant judicial matter as a pro se federal prisoner, this Court's resent March 12th Order and its language is somewhat confusing. More specifically, Bibb is unable to discern as to whether or not this Court has entered a final appealable order denying his motion for release, see Pagan, 353 F.3d at 1344-46, or whether the Court has simply "referred" the instant release matter to the magistrate judge for proceedings appropriate enough for a determination as to whether or not Bibb meets the requisite standards for granting release pending the Court's resolution of the underlying § 2255 proceedings.

Wherefore the above stated reasons considered, Bibb prays that this Court will enter an order clarifying the Court's intentions with regards to its March 12, 2007 Order, and will further direct that Bibb be promptly furnished with a copy of said clarifying order.

Done this 23rd day of March, 2007.

Respectfully submitted,

Derrick Lakieth Bibb, pro se

## CERTIFICATE OF SERVICE

The undersigned pro se Movant, hereby certify that a true and correct copy of the foregoing has been properly served upon the Respondent by placing the same in the United States Mail with adequate postage pre-paid and affixed in order to cause delivery to:

    United States Attorney's Office
    C/O Todd Brown, AUSA
    Middle District Of Alabama
    One Court Square, Suite 201
    Montgomery, Alabama 36104

on this 23rd day of March, 2007.

 

_____
Derrick Lakeith Bibb, pro se
Movant, #10613-002


ADDRESS:  Federal Correctional Institution
            565 East Renfroe, PMB 1000
            Gamma-B
            Talladega, Alabama 35160

Mr. Derrick Kakeith Bibb, 10613-002
Federal Correctional Institution
565 East Renfroe Road, PMB 1000
Gamma-B
Talladega, Alabama 35160

\*\*\*\*\*\*\*\*\*\*Legal Mail\*\*\*\*\*\*\*\*\*\*

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711
\*\*\*\*\*\*\*\*\*\*\*LEGAL MAIL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED
MAR 26 20
FCI TDG