IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRICK LAKEITH BIBB,           ) | |
| )| |
|    Petitioner,           ) | |
| ) | CIVIL ACTION NO. |
| v.           ) | 2:05cv884-MHT |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|    Respondent.           ) | |

ORDER

It is ORDERED that petitioner's request for clarification (Doc. No. 17) is granted to the extent that it is clarified that, with the order entered on March 12, 2007 (Doc. No. 16), the denial of petitioner's motion for release (Doc. No. 15) is final and that the remainder of this case, and not the motion, is referred back to the United States Magistrate Judge.

DONE, this the 29th day of March, 2007.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE