IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRICK LAKEITH BIBB, )<br>   )<br>   Petitioner, )<br>   )<br>v.   )<br>   )<br>UNITED STATES OF AMERICA, )<br>   )<br>   Respondent. ) | CIVIL ACTION NO.<br>2:05cv884-MHT |

**ORDER**

This cause is now before the court on petitioner's motion for certificate of appealability (Doc. No. 19).

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 20th day of April, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE