IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DERRICK LAKEITH BIBB,**  )  <br>  )  <br>   Petitioner,  )  <br>  )  <br> v.  )  <br>  )  <br> **UNITED STATES OF AMERICA,**  )  <br>  )  <br>   Respondent.  ) | CIVIL ACTION NO.  <br> 2:05cv884-MHT  <br> (WO) |

## OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied. After an independent and de novo review of the r1ecord, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE